Action for damages; from Richmond superior court — Judge Henry C. Hammond.  May 20, 1922.

By the proposed amendments the plaintiff sought to strike from the petition the representative character of the defendant, and to allege negligence on his part in allowing the chimney in question to remain in a dangerous state of disrepair after the defendant took charge of the property as executor.

*Pierce Brothers, C. H. & R. S. Cohen,* for plaintiff.
*Callaway & Howard,* for defendant.

---

13749.  WARD *v.* RELIANCE ENGINEERING COMPANY.

BROYLES, C. J.  1. The first special ground of the motion for a new trial, complaining of the admission of certain oral testimony, raises no question for the consideration of this court, as it does not appear that any objection was made to the admission of the evidence when it was offered, or that a motion to rule it out was subsequently made.

2. The remaining special ground is that the court committed error " in refusing to allow " a certain named witness for the plaintiff to give certain specified testimony.  It does not appear from this ground, how-

ever, that a pertinent question was propounded to the witness and that the court ruled out the answer. The ground therefore is too defective to be considered by this court. *Griffin* v. *Henderson*, 117 *Ga.* 382 (2) (43 S. E. 712).

3. The verdict was authorized by the evidence and the court did not err in refusing the grant of a new trial.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*
Decided November 14, 1922.

Levy and claim; from city court of Bainbridge — Judge Spooner. June 5, 1922.

*A. E. Thornton,* for plaintiff. *J. C. Hale,* contra.